# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 16-704V
### Filed: February 9, 2017
UNPUBLISHED

* * * * * * * * * * * * * * * * * * * * * * * * * *

BARBARA SANDERS,            *

                          *

           Petitioner,      *       Damages Decision Based on Proffer;

v.                           *       Influenza ("Flu") Vaccination; Shoulder

                          *       Injury Related to Vaccine Administration

SECRETARY OF HEALTH     *       ("SIRVA"); Special Processing Unit

AND HUMAN SERVICES,      *       ("SPU")

                          *

           Respondent.    *

                          *

* * * * * * * * * * * * * * * * * * * * * * * * * *

*John Robert Howie, Jr, Howie Law, P.C., Dallas, TX, for petitioner.*
*Gordon Elliot Shemin, U.S. Department of Justice, Washington, DC, for respondent.*

## DECISION AWARDING DAMAGES[1]

**Dorsey**, Chief Special Master:

On June 16, 2016, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that as a result of her September 22, 2015 influenza ("flu") vaccination she suffered a shoulder injury related to vaccine administration ("SIRVA"). Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On September 19, 2016, a ruling on entitlement was issued, finding petitioner entitled to compensation for SIRVA. On February 7, 2017, respondent filed a proffer on award of compensation ("Proffer") indicating petitioner should be awarded $148,118.08. Proffer at 1. In the Proffer, respondent represented that petitioner agrees with the proffered award.

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

Based on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **the undersigned awards petitioner a lump sum payment of $148,118.08 in the form of a check payable to petitioner, Barbara Sanders.** This amount represents compensation for all damages that would be available under § 300aa-15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

> **s/Nora Beth Dorsey**
> Nora Beth Dorsey
> Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## OFFICE OF SPECIAL MASTERS

_____

|  |  |  |
|---|---|---|
| BARBARA SANDERS, | ) | |
| | ) | |
| Petitioner, | ) | No. 16-704V |
| | ) | Chief Special Master Dorsey |
| v. | ) | ECF |
| | ) | |
| SECRETARY OF HEALTH AND | ) | |
| HUMAN SERVICES, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

_____

### RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

### I.     Items of Compensation

For purposes of this proffer, the term "vaccine-related" is as described in Respondent's

Rule 4(c) Report, filed on September 16, 2016, conceding entitlement in this case.  Based upon

the evidence of record, respondent proffers that petitioner should be awarded $148,118.08.  This

represents all elements of competition to which petitioner would be entitled under 42 U.S.C. §

300aa-15(a) for her vaccine-related injury.[1]  Petitioner agrees.

### II.     Form of the Award

The parties recommend that the compensation provided to petitioner should be made

through a lump sum payment described below, and request that the Special Master's decision

and the Court's judgment award the following:

> A lump sum of $148,118.08 in the form of a check payable to petitioner, Barbara
> Sanders.  This amounts accounts for all elements of compensation under 42
> U.S.C. § 300aa-15(a) to which petitioner would be entitled.

---

[1]  Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court
for appropriate relief.  In particular, respondent would oppose any award for future medical
expenses, future lost earnings, and future pain and suffering.

Petitioner is a competent adult.  Evidence of guardianship is not required in this case.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

C. SALVATORE D'ALESSIO
Acting Director
Torts Branch, Civil Division

CATHARINE E. REEVES
Deputy Director
Torts Branch, Civil Division

LISA A. WATTS
Senior Trial Attorney
Torts Branch, Civil Division

/s/ Gordon Shemin
GORDON SHEMIN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C. 20044-0146
Phone: (202) 616-4208
Fax:    (202) 353-2988

Dated: February 7, 2017